

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Rictarick Tamero Palmer, Appellant

No. 06-13-00265-CR     v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 38611-B). Opinion delivered by Chief Justice Morriss, Justice Carter and Justice Moseley participating.

As stated in the Court's opinion of this date, we find partial error in the judgment of the court below. The trial court's judgment misspells Palmer's first name as Rictaric. We modify the trial court's judgment to correct this clerical error. We affirm the judgment of the trial court, as modified.

We further order that the appellant, Rictarick Tamero Palmer, pay all costs of this appeal.

RENDERED OCTOBER 28, 2014
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk